1:07 CIV 6930

RETURN OF SERVICE

*Supplemental Amended*

Service of the Summons and Complaint was made by me¹

Date _August 15 2007_

Name of Server _John Stevens_    Title _Investigator_

Check one box below to indicate appropriate method of service

____ Served personally upon the defendant. Place where served:
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

____ Returned unexecuted:
_____
_____

✓ Other (specify):
_Samantha Rawlins MD c/o Bronx Lebanon Hospital Center; Risk Management Annie Garcia 1650 Grand Concourse Bx NY 10456 Copy also mailed to above address_

STATEMENT OF SERVICE FEES

$5                $30              $35
TRAVEL       SERVICES         TOTAL

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _August 15 2007_

_August 15 2007_         [signature]
Date                     Signature of Server

Printed Name of Server _John Stevens_

Address of Server _61 Nugent St NHP NY 11040_

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 2010

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



RETURN OF SERVICE

*Supplemental Amended*

Service of the Summons and Complaint was made by me

Date: August 15 2007

Name of Server: John Stevens          Title: Investigator

Check one box below to indicate appropriate method of service

____ Served personally upon the defendant. Place where served:
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

____ Returned unexecuted:
_____

✓ Other (specify):
Mishra Aruna MD c/o Bronx Lebanon Hospital Center: Risk Management Annie Garcia - 1650 Grand Concourse Bx NY 10456
Copy also mailed to above address

STATEMENT OF SERVICE FEES

TRAVEL: $5          SERVICES: $30          TOTAL: $35

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 15 2007

Date: August 15 2007

Signature of Server: [signature]

Printed Name of Server: John Stevens

Address of Server: 61 Vincent St NHP NY 11040

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 2010

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



*Supplemental Amended* **RETURN OF SERVICE**   1:07 CIV 6930

Service of the Summons and Complaint was made by me¹

Date AUGUST 15 2007

John Stevens                           INVESTIGATOR
Name of Server                         Title

Check one box below to indicate appropriate method of service

✓ Served personally upon the defendant. Place where served:
Bronx Lebanon Hospital Center 1650 Grand Concourse Bx NY 10456

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

___ Returned unexecuted:

___ Other (specify): Risk Management Annie Garcia

**STATEMENT OF SERVICE FEES**

$5                    $30                   $35
TRAVEL               SERVICES              TOTAL

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 15 2007

August 15 2007           [signature]
Date                     Signature of Server
                         John Stevens
Printed Name of Server
61 Nugent St New Hyde Pk NY 11040
Address of Server

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 20_10_

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1:07 CIV 6930

# RETURN OF SERVICE

Supplemental Amended

Service of the Summons and Complaint was made by me¹

Date _August 15 2007_

Name of Server: _John Stevens_    Title: _Investigator_

Check one box below to indicate appropriate method of service

____ Served personally upon the defendant. Place where served:
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

____ Returned unexecuted:
_____

✓ Other (specify):
_Tapti Panda MD c/o Bronx Lebanon Hospital Center: Risk Management Annie Garcia 1650 Grand Concourse BX NY 10456 Copy also mailed to above address_

## STATEMENT OF SERVICE FEES

TRAVEL: $5     SERVICES: $30     TOTAL: $35

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _August 15 2007_

Date: _August 15 2007_    Signature of Server: _[signed]_

Printed Name of Server: _John Stevens_

Address of Server: _61 August St NHP NY 11040_

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 20__

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



1:07 CIV 6930

# RETURN OF SERVICE

*Supplemental Amended*

Service of the Summons and Complaint was made by me

Date **August 15 2007**

Name of Server: **John Stevens**    Title: **Investigator**

Check one box below to indicate appropriate method of service

___ Served personally upon the defendant. Place where served:

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

___ Returned unexecuted:

✓ Other (specify): **Jorge Pando MD c/o Bronx Lebanon Hospital Center - Risk Management Annie Garcia 1650 Grand Concourse Bx NY 10456 copy mailed to above address**

## STATEMENT OF SERVICE FEES

TRAVEL: $5    SERVICES: $30    TOTAL: $35

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 15 2007**

Date: **August 15 2007**    Signature of Server: *[signature]*

Printed Name of Server: **John Stevens**

Address of Server: **61 Vincent St NHP NY 11040**

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 2010

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



07 CIV 6930

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me<sup>1</sup>

Date: AUGUST 20 2007

Name of Server: John Stevens             Title: INVESTIGATOR

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
86 CHAMBERS ST NY NY (US ATTY SOUTHERN DIST NY)

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

___ Returned unexecuted: _____

___ Other (specify):
* Process CLERK Calvin Coleman

### STATEMENT OF SERVICE FEES

TRAVEL: $10      SERVICES: $40      TOTAL: $50

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 20 2007

Date: August 20 2007          Signature of Server

Printed Name of Server: John Stevens

Address of Server: 61 NUGENT ST NHP NY 11040

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 20 10

---

<sup>1</sup> As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

07 CIV 6930

# RETURN OF SERVICE

*Supplemental Amended*

Service of the Summons and Complaint was made by me

Date: **August 20 2007**

Name of Server: **John Stevens**

Title: **Investigator**

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:
**86 Chambers St NY NY (U.S. Atty Southern Dist NY)**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
**\* Process Clerk Calvin Coleman**

## STATEMENT OF SERVICE FEES

TRAVEL: **$5**   SERVICES: **$30**   TOTAL: **$35**

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 20 2007**

Date: **August 20 2007**   Signature of Server: *[signed]*

Printed Name of Server: **John Stevens**

Address of Server: **61 Nugent St NHP NY 11040**

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 20**10**

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.