UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— x
MIGUEL A. BELTRE, An Infant Under the Age of Fourteen Years, By His Mother and Natural Guardian, JACKELINE BELTRE, and JACKELINE BELTRE, Individually

                 Plaintiffs,

- against -

UNITED STATES OF AMERICA, ARUNA MISHRA, M.D., TAPTI PANDA, M.D., SAMANTHA RAWLINS, M.D., and BRONX LEBANON HOSPITAL CENTER,

                 Defendants.
————————————————————— x

**VERIFIED ANSWER AS TO BRONX-LEBANON HOSPITAL CENTER**

Case No.: 07 Civ 6930

Judge Kram

    Defendant, BRONX-LEBANON HOSPITAL CENTER, by its attorneys, AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP, as and for its Verified Answer to plaintiffs' Verified Complaint, respectfully shows to this Court and alleges upon information and belief:

    1.    Denies the knowledge or information sufficient to form a belief as to the truth of allegations contained in paragraphs "2", "6", "7", "12", "13", "19", "20", "25", "26", "39", "41", "43", "47", "49" and "51".

    2.    Denies the allegations contained in paragraphs "11", "24", "35", "36", "37", "40", "42", "44", "45", "46", "48", and "50" in the form alleged and respectfully refers to the hospital records for the specifics of the patient's treatment thereat.

    3.    Denies the allegations contained in paragraphs "34", "52", "53", "54", "55", "56", "57", "58" and "59".

588857v

4.     Denies the allegations contained in paragraphs "3", "9", "10", "14", "15", "16" and "17" in the form alleged and respectfully refers all questions of law to this Honorable Court.

5.     Denies the allegations contained in paragraphs "22" and "23" except admit that SAMANTHA RAWLINS, M.D. was a duly licensed physician in the State of New York.

6.     Denies the allegations contained in paragraphs "27", "28", "29", "30", "31", "32" and "33" except admit that BRONX-LEBANON HOSPITAL CENTER was a fully accredited hospital in the State of New York.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

7.     The liability of the answering defendant, if any, is limited pursuant to CPLR Article 16.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

8.     An action concerning the same allegations of fact and law is pending in State Court.

WHEREFORE, defendant, BRONX-LEBANON HOSPITAL CENTER, demands judgment dismissing the Complaint, together with the costs and disbursements of the within action.

Dated:    New York, New York
          August 22, 2007

Yours, etc.

BY: Steven Z. Kronovet
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
Attorneys for Defendant
BRONX-LEBANON HOSPITAL CENTER
Office & P.O. Address
757 Third Avenue
New York, NY 10017
212-593-6700

588857v

## ATTORNEY'S VERIFICATION

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ss: |
| SOUTHERN DISTRICT OF NEW YORK | ) |

Steven Z. Kronovet, being duly sworn, deposes and says:

That I am a member in the firm of attorneys representing the defendant BRONX-LEBANON HOSPITAL CENTER.

That I have read the attached **Answer** and the same is true to my own belief, except as to matters alleged on information and belief, and as to those matters, I believe them to be true to the best of my knowledge.

My sources of information are a claims file containing statements, reports and records of investigation, investigators, parties and witnesses, with which I am fully familiar.

That this verification is made by me because my client does not reside within the county where I maintain my office.

_____
Steven Z. Kronovet

Sworn to before me this
22nd day of August, 2007

_____
Notary Public

MINDY A. UNGER
Notary Public, State of New York
No. 31-4719644
Qualified in New York County
Commission Expires June 30, 2010

588893v