SUMMONS

## RETURN OF SERVICE

07 CIV 6930

Service of the Summons and Complaint was made by me

Date **August 15 2007**

Name of Server: **John Stevens**      Title: **Investigator**

Check one box below to indicate appropriate method of service

____ Served personally upon the defendant. Place where served:
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

____ Returned unexecuted:
_____
_____

✓ Other (specify):
**Samantha Rawlins MD c/o Bronx Lebanon Hospital Center Risk Management Annie Garcia - 1650 Grand Concourse Bx NY 10456 Copy also mailed to above address**

### STATEMENT OF SERVICE FEES

TRAVEL: **$5**      SERVICES: **$30**      TOTAL: **$35**

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **August 15 2007**

Date: **August 15 2007**      Signature of Server: [signed]

Printed Name of Server: **John Stevens**

Address of Server: **61 Nugent St NHP NY 11040**

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



SUMMONS

## RETURN OF SERVICE

07 CIV 6930

Service of the Summons and Complaint was made by me

Date AUGUST 15 2007

Name of Server: John Stevens    Title: INVESTIGATOR

Check one box below to indicate appropriate method of service

____ Served personally upon the defendant. Place where served:
_____

____ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

____ Returned unexecuted:
_____

✓ Other (specify):
Mishra Aruna MD c/o Bronx Lebanon Hospital Center; Risk Management, Annie Garcia - 1650 Grand Concourse Bx., NY, 10456
Copy also mailed to above address

### STATEMENT OF SERVICE FEES

TRAVEL $5    SERVICES $30    TOTAL $35

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 15 2007

Date: August 15 2007    Signature of Server: [signature]

Printed Name of Server: John Stevens

Address of Server: 61 Nugent St NHP NY 11040

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## RETURN OF SERVICE

Service of the Summons and Complaint was made by me¹        07 CIV 6930

Date  August 15 2007

Name of Server: John Stevens        Title: Investigator

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served:
Bronx Lebanon Hospital Center - 1650 Grand Concourse, Bx., NY 10456

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify): Risk Management; Annie Garcia

## STATEMENT OF SERVICE FEES

TRAVEL  $10        SERVICES  $40        TOTAL  $50

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 15 2007

Date: August 15 2007        Signature of Server: [signature]

Printed Name of Server: John Stevens
Address of Server: 61 Nugent St NHP NY 11040

ALLISON TUCH
Notary Public, State of New York
No. 30-4682413
Qualified in Nassau County
Commission Expires April 30, 2010

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS

## RETURN OF SERVICE

07 CIV 6930

Service of the Summons and Complaint was made by me:

Date: AUGUST 15 2007

Name of Server: John STEVENS    Title: INVESTIGATOR

Check one box below to indicate appropriate method of service

___ Served personally upon the defendant. Place where served:

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

___ Returned unexecuted:

✓ Other (specify): TAPTI PANDA c/o Bronx Lebanon Hospital Center; Risk Management, Annie Gallia 1650 Grand Concourse Bx NY 10456 Copy Also Mailed To Above Address

### STATEMENT OF SERVICE FEES

TRAVEL $5    SERVICES $30    TOTAL $35

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 15 2007

Date: AUGUST 15 2007    Signature of Server: John Stevens

Printed Name of Server: John STEVENS

Address of Server: 61 NUGENT ST NHP NY 11040

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

