**AFFIDAVIT OF SERVICE**

SOUTHERN DISTRICT OF NEW YORK                    UNITED STATES DISTRICT COU

DOCUMENTS SERVED WITH INDEX # 07CIV6930    AND FILED ON  AUGUST 2, 2007
ATTORNEY(S): Sullivan Papain Block McGrath & Cannavo PC ,  Mary Anne  Walling

*Miguel A. Beltre, An Infant Under the Age of Fourteen Years, By His Mother and Natural Guardian, Jackeline Beltre,*    Plaintiff

*vs*

*United States of America, et al*    Defendant

STATE OF _____    COUNTY OF  DISTRICT OF COLUMBIA  , SS.:

**Wesley Jennings** _____ being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On  **August 17, 2007** _____ at **11:25**  A. M.,

at **950 Pennsylvania Avenue, NW, Washington, DC 20530** _____ deponent  served the within

Summons in a Civil Action and Complaint

on: _____ United States Attorney General _____ , ___ Defendant ___ therein named.

| | |
|---|---|
| INDIVIDUAL<br>A [ ] | By personally delivering to and leaving with said _____<br>a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said |
| CORPORATION<br>B [X] | By delivering to and leaving with  **Deborah Okutuga** _____ at **US Attorney General's Office**<br>and that deponent knew the person so served to be the  **Records Custodian** _____ of the corporation.<br>*Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:* |
| SUITABLE<br>AGE PERSON<br>C [ ] | By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion<br>at _____ the said premises being the defendants/respondents<br>[ ] dwelling place (usual place of abode)    [ ] actual place of business within the State of _____ |
| AFFIXING<br>TO DOOR<br>D [ ] | By affixing a true copy thereof to the door of said premises, the same being the defendant's    [ ] dwelling house (usual place of<br>abode)    [ ] actual place of business within the State of _____ |
| MAILING TO<br>RESIDENCE<br>(use with C or D)<br>E1 [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed<br>to defendant at defendant's residence at _____<br>and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within<br>the State of _____ on _____ |
| MAILING TO<br>BUSINESS<br>(use with C or D)<br>E2 [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed<br>to defendant at defendant's actual place of business at _____ in an official depository<br>under the exclusive care and custody of the United States Post Office within the State of _____ . The envelope<br>bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the<br>communication was from an attorney or concerned an action against the defendant and mailed on _____ |
| PREVIOUS<br>ATTEMPTS<br>(use with D)<br>F [ ] | Deponent had previously attempted to serve the above named defendant/ respondent<br>Day _____ Date _____ Time _____<br>Day _____ Date _____ Time _____<br>Day (Saturday) _____ Date _____ Time _____<br>Deponent spoke with _____ who stated to deponent that the said defendant(s)<br>lived at the aforementioned address, but did not know defendant's place of employment. |
| G [ ] | DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. |
| VOID WITHOUT<br>DESCRIPTION<br>(Use with A, B, C & D) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:<br>Approximate age  **31** Approximate weight  **170** Approximate height  **5'4"** Sex  **F**<br>Color of skin  **black** Color of hair  **black** Other _____ |
| MILITARY<br>SERVICE<br>[ ] | Deponent asked the person spoken to whether the defendant/respondent  was presently in the military service of the United States<br>Government  and was informed he/she was not. Your deponent further says that deponent  knew the person so served to be the person<br>mentioned and described in said legal papers as defendant/respondent therein. |
| NON-<br>SERVICE<br>[ ] | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due<br>to the following:  [ ] Not known at address    [ ] Address does not exist    [ ] Evading    [ ] Moved left no forwarding    [ ] Other |
| WIT. FEES<br>[ ] | $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. |

Sworn to before me on this ___ 17th ___ day of  August 2007

_Nicole G. Davis_

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

_Wesley Jennings_
WESLEY JENNINGS
Please Print Name Below Signature
**Wesley Jennings, Private Process Server**
Invoice Work Order # SP0706854

TOTAL P.03

# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK                    UNITED STATES DISTRICT COU

DOCUMENTS SERVED WITH INDEX #  07CIV6930   AND FILED ON  AUGUST 2, 2007
ATTORNEY(S): Sullivan Papain Block McGrath & Cannavo PC ,  Mary Anne  Walling

*Miguel A. Beltre, An Infant Under the Age of Fourteen Years, By His Mother and Natural Guardian, Jackeline Beltre,*   Plaintiff

vs

*United States of America, et al*                    Defendant

STATE OF _____ COUNTY OF  DISTRICT OF COLUMBIA , SS.:

_____ Tommy Parks _____ being duly sworn deposes and says:

Deponent is not a party herein and is over 18 years of age. On _____ August 29, 2007 _____ at  12:45  P M.,

at  950 Pennsylvania Avenue, NW, Washington, DC 20530 _____ deponent  served the within

Supplemental Summons in a Civil Action and Amended Complaint

on: _____ United States Attorney General _____ , ____ Defendant ____ therein named.

| | |
|---|---|
| **INDIVIDUAL**<br>A ☐ | By personally delivering to and leaving with said _____<br>a true copy thereof, and that deponent knew the person so served to be the person mentioned and described in said |
| **CORPORATION**<br>B ☒ | By delivering to and leaving with   **Sandra Carter**   at **US Attorney's Office**<br>and that deponent knew the person so served to be the   **Mailroom Clerk**   of the corporation. |
| | *Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:* |
| **SUITABLE<br>AGE PERSON**<br>C ☐ | By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion<br>at _____ the said premises being the defendants/respondents<br>[ ] dwelling place (usual place of abode)      [ ] actual place of business within the State of _____ |
| **AFFIXING<br>TO DOOR**<br>D ☐ | By affixing a true copy thereof to the door of said premises, the same being the defendant's      [ ] dwelling house (usual place of<br>abode)      [ ] actual place of business within the State of _____ |
| **MAILING TO<br>RESIDENCE**<br>(use with C or D)<br>E1 ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed<br>to defendant at defendant's residence at _____<br>and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within<br>the State of _____ on _____ |
| **MAILING TO<br>BUSINESS**<br>(use with C or D)<br>E2 ☐ | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed<br>to defendant at defendant's actual place of business at _____ in an official depository<br>under the exclusive care and custody of the United States Post Office within the State of _____ The envelope<br>bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the<br>communication was from an attorney or concerned an action against the defendant and mailed on _____ |
| **PREVIOUS<br>ATTEMPTS**<br>(use with D)<br>F ☐ | Deponent had previously attempted to serve the above named defendant/ respondent<br>Day _____ Date _____ Time _____<br>Day _____ Date _____ Time _____<br>Day (Saturday) _____ Date _____ Time _____<br>Deponent spoke with _____ who stated to deponent that the said defendant(s)<br>lived at the aforementioned address, but did not know defendant's place of employment. |
| G ☐ | DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. |
| **VOID WITHOUT<br>DESCRIPTION**<br>(Use with A, B, C & D) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:<br>Approximate age _43_  Approximate weight _160_  Approximate height _5'9"_  Sex _F_<br>Color of skin _black_  Color of hair _black_  Other _____ |
| **MILITARY<br>SERVICE**<br>☐ | Deponent asked the person spoken to whether the defendant/respondent  was presently in the military service of the United States<br>Government  and was informed he/she was not. Your deponent further says that deponent  knew the person so served to be the person<br>mentioned and described in said legal papers as defendant/respondent therein. |
| **NON-<br>SERVICE**<br>H ☐ | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due<br>to the following:  [ ] Not known at address      [ ] Address does not exist      [ ] Evading      [ ] Moved left no forwarding      [ ] Other |
| **WIT. FEES**<br>☐ | $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient. |

Sworn to before me on this  30th  day of  August 2007

*Nicole G. Davis*

Nicole G. Davis
Notary Public, District of Columbia
My Commission Expires 01-14-2009

Please Print Name Below Signature
Thomas Parks

Invoice-Work Order # SP0706854

P.03

OCT-04-2007 15:26

# ◼ SERVICO

## FAX TRANSMISSION COVER PAGE

DATE: _10-4-07_

TO: _christino_

FAX: _____

RE: _____

_____

_____

_____

_____

_____

**Total number of Pages:** _____3_____ (incl. this page)

**IF you do not receive all pages, or have any problems with this transmission, please call (518) 463-4179.**

**OUR RETURN FAX # (518) 463-3752**

Signed: _____

P.O. BOX 871  ALBANY, NY 12201 (518) 463-4179
WWW.SERVICO.COM
WWW.TRADEMARKBUREAU.COM