UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MIGUEL BELTRE and JACKELINE
BELTRE,

              Plaintiffs,        O R D E R

     - against -          07 Civ. 6930 (NRB)

UNITED STATES OF AMERICA, ARUNA
MISHRA, MD, TAPTI PANDA, MD,
SAMANTHA RAWLINS, MD, BRONX
LEBANON HOSPITAL CENTER, and
JORGE PANDO, MD

              Defendants.
----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that the parties have agreed to litigate this matter exclusively in state court, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:    New York, New York
           October 29, 2007

                                                NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE